UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MELVIN J. COBB, SR.,

    Plaintiff,

v.                                                                          CASE NO: 8:09-cv-2639-T-26MAP

SUNSHINE RESTAURANT MERGER SUB, LLC
d/b/a 1-HOP RESTAURANT, and CLAUDETTE
ABBOTT,

    Defendants.
    _____/

## O R D E R

Upon due consideration, it is ordered and adjudged that Defendant Sunshine Restaurant's Motion for Summary Judgment (Dkt. 19) is stricken pursuant to paragraph 6(g) of the Court's Case Management and Scheduling Order entered March 5, 2010, at docket 12, for failure to comply with paragraph 6(b) of that order.

**DONE AND ORDERED** at Tampa, Florida, on December 15, 2010.

    s/*Richard A. Lazzara*
    **RICHARD A. LAZZARA**
    **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record